THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHRISTOPHER ALSOP,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS, et al.,

    Defendants.

3:17-CV-2307
(JUDGE MARIANI)

## ORDER

AND NOW, THIS 29th DAY OF MARCH, 2019, upon review of Magistrate Judge Saporito's Report and Recommendation ("R&R") (Doc. 88) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 88) is **ADOPTED** for the reasons set forth therein.

2. Plaintiff's Motion for "Fed.R.Civ.P. Rule 65(A)(1) Preliminary Injunction" (Doc. 14) is **DENIED**.

3. Plaintiff's "Motion to Compel" (Doc. 29) is **DENIED**.

4. Plaintiff's "Amended [Motion] Under Federal Civil Rule 15" (Doc. 57), which the Court liberally construes as a separate motion for a preliminary injunction, is **DENIED**.

5. Plaintiff's Motion for "Fed.R.Civ.P. Rule 65(A)(1) Preliminary Injunction" (Doc. 58), which is duplicative of Plaintiff's prior motion for preliminary injunction (Doc. 14) with the exception of several handwritten references to exhibit numbers, is **DENIED**.

Robert D. Mariani
United States District Judge