# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER ALSOP, | |
| Plaintiff, | CIVIL ACTION NO. 3:17-cv-02307 |
| v. | (MARIANI, J.) <br> (SAPORITO, M.J.) |
| FEDERAL BUREAU OF PRISONS, et al., | |
| Defendants. | |

FILED
WILKES BARRE
NOV 14 2019
PER _____ MB
DEPUTY CLERK

## ORDER

AND NOW, this 14th day of November, 2019, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The plaintiff's written and signed statement that "expert testimony of an appropriate licensed professional is unnecessary for prosecution of the claim" (Doc. 123 ¶ C) contained within his *pro se* motion for a determination as to the necessity of a certificate of merit (Doc. 123) is liberally construed as a Pa. R. Civ. P. 1042.3(a)(3) certificate of merit; and

2. The plaintiff having substantially complied with the requirements of Pa. R. Civ. P. 1042.3(a)(3), his *pro se* motion for a

determination as to the necessity of a certificate of merit (Doc. 123) pursuant to Pa. R. Civ. P. 1042.3(a)(1) is **DENIED as MOOT**.

*Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
United States Magistrate Judge